```
                                            FILED
                                       U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF LA

                                       2006 JUL 25  PM 4: 47

                                       LORETTA G. WHYTE
                                             CLERK
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROBERT NAMER** | **CIVIL ACTION NO. 06-2511** |
| **VERSUS** | |
| **CLAUDE C. LIGHTFOOT, JR., ET AL** | **SECTION M** |

### ORDER

Before the Court are two motions by Claude C. Lightfoot, the post-judgment receiver in civil action no. 89-1740, Federal Trade Commission v. Robert Namer. The Motion to Dismiss was filed in Civil Action 06-2511, and the Motion to Strike Counsel was filed in Civil Action No. 06-3191. Both Motions came for hearing, with oral argument on July 19, 2006. Attached hereto and made a part hereof is a full transcript of that hearing.

The Motion to Dismiss is **GRANTED**.

The Motion to Strike Counsel is essentially **MOOT** by reason of this Court's Order as hereinafter provided.

Plaintiff Robert Namer's pleadings and accompanying statements, though not struck from the record, are inappropriate in every respect. Plaintiff's notion that he can continue to disrupt the normal processes of this Court is a product of the tolerance, patience, and long-suffering efforts of the conscientious Magistrate Judge and this Court,



```
___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No____
```

though it has resulted in a calculated abuse of the administration of justice. Namer's diatribe in this most recent court proceeding is a clear signal that this nonsensical abuse must come to an end. His conduct mandates the imposition of a meaningful sanction, as was ordered on April 20, 1994, in the related case, Civil Action No. 89-1740 (attached).

**ACCORDINGLY,**

Effective immediately, insofar as these related civil actions are concerned, the clerk of court is directed to decline to accept for filing, any complaint or pleading of any kind from Robert Namer, pro se, or anyone on his behalf, or anyone on behalf of any of the parties or entities to these complaints or pleadings, whether currently named or not, including but not limited to National Business Consultants, Inc., Namer, Inc., America First Communications, Inc., Voice of America, Inc., Robert Namer's Children Trust, Barbara D. Namer, Herman J. Lombas, Sarah V. Brownlee, Bernard Beckler, Raymond L. Hoffman, and Keith W. Rush. The clerk is further instructed to return any such attempted filings forthwith and to return unfiled any pleading sought to be filed by mail.

"Let down the curtain; the farce is over."

New Orleans, Louisiana, this 25th day of July, 2006.

_____
Peter Beer
United States District Judge

2